People v Sides (2023 NY Slip Op 02214)

People v Sides

2023 NY Slip Op 02214

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., CURRAN, BANNISTER, AND MONTOUR, JJ.

242 KA 22-01717

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SAM SIDES, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

KEEM APPEALS, PLLC, SYRACUSE (BRADLEY E. KEEM OF COUNSEL), FOR DEFENDANT-APPELLANT.
JAMES B. RITTS, DISTRICT ATTORNEY, CANANDAIGUA (V. CHRISTOPHER EAGGLESTON OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Ontario County Court (Brian D. Dennis, J.), rendered October 8, 2019. The judgment convicted defendant upon a jury verdict of grand larceny in the third degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Sides ([appeal No. 1] — AD3d — [Apr. 28, 2023] [4th Dept 2023]).
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court